**MANDATE**



D. Conn. /NHCt
03 cr. 33
Burns, J.

2005 JUN 13 P

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 18th day of May two thousand five,

Present:

    Hon. Thomas J. Meskill,
    Hon. Jon O. Newman,
    Hon. José A. Cabranes,
        *Circuit Judges.*



---

United States of America,
        Appellee,

    v.                                                              04-3138-cr

Renaldo M. Rose,
        Defendant-Appellant.

---

The Government moves, with Appellant's consent, to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted, and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4(b). To the extent the Government requests a stay of proceedings in this Court pending resolution of the district court proceedings on remand, the request is DENIED as moot because the remand terminates the case in this Court. It is hereby ORDERED that a new briefing schedule be issued in the event that a new notice of appeal is filed.

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

A TRUE COPY
FOR THE COURT:         Roseann B. MacKechnie, Cl
Roseann B. MacKechnie, Clerk
By: Lucille Carr        by: Ralph Otto
                              DEPUTY CLERK

ISSUED AS MANDATE: 6-8-05