UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :

       v.    :    NO. 3:03CR33(EBB)

RENALDO M. ROSE    :

<u>ORDER RE PROCEEDINGS ON REMAND</u>

On or before July 12, 2005, the government and the defendant shall file memoranda concerning whether the court should have imposed a nontrivially different sentence in this matter in light of <u>United States</u> <u>v</u>. <u>Booker</u>, 125 S. Ct. 738 (2005). Defendant may elect not to be resentenced.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of June, 2005.