UNITED STATES DISTRICT COURT  FILED

DISTRICT OF CONNECTICUT

2005 OCT -6  P 3: 24

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA          :

v.          :     NO. 3:03CR33(EBB)

RENALDO ROSE          :


### RULING ON RESENTENCING AFTER REMAND

The Second Circuit Court of Appeals remanded defendant's appeal in this matter for consideration of whether the court should resentence the defendant in light of <u>United States v. Booker</u>, 125 S. Ct. 738 (2005) and <u>United States v. Crosby</u>, 397 F.3d 103 (2d Cir. 2005).

The court has reviewed the memoranda filed by the defendant and the government and concludes that the sentence imposed is consistent with the facts of the offense and that a nontrivially different sentence should not and will not be imposed.

SO ORDERED.


_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this _6_ day of October, 2005.

AO 72A
(Rev.8/82)