Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

FILED

District of __CONNECTICUT__

2005 OCT 14 P 2:18

UNITED STATES

v.

RENALDO ROSE

Docket No. 3:03CR33 (EBB)

JUDGE BURNS

(District Court Judge)

Notice is hereby given that __the Defendant, RENALDO ROSE,__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ____ ]. _____
(specify)

entered in this action on __October 6, 2005  ORDER 110__
(date)

Offense occurred after November 1, 1987    Yes [ ✓ ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ___ ]    No [ ___ ]

Date __October 14, 2005__
TO

(Counsel for Appellant) __WILLIAM T. KOCH JR., ATTORNEY__

Address __151 BRUSH HILL ROAD__
__LYME CT__
__06371__

Telephone Number: __860-434-3060__

ADD ADDITIONAL PAGE (IF NECESSARY)

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ___ ] I am ordering a transcript<br>[ X ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ✓ ] Other. Attach explanation - NO HEARING | Prepare transcript of<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ ___ ] Sentencing _____<br>[ ___ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE    DATE __10/14/2005__

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02