Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

FILED 2005 OCT 14 P 2:18

District of CONNECTICUT

UNITED STATES
v.
RENALDO ROSE

Docket No. 3:03CR33(EBB)

JUDGE BURNS
(District Court Judge)

Notice is hereby given that the Defendant, RENALDO ROSE, appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] _____
(specify)

entered in this action on October 6, 2005 ORDER 110
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    No [ ]

Date October 14, 2005
TO

WILLIAM T. KOCH JR.
(Counsel for Appellant) ATTORNEY

Address 151 BRUSH HILL ROAD
LYME CT
06371

Telephone Number: 860-434-3060

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[X] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[✓] Other. Attach explanation - NO HEARING | Prepare transcript of<br>[ ] Prepare proceedings _____<br>[ ] Trial _____<br>[ ] Sentencing _____<br>[ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE    DATE 10/14/2005

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | Date _____    Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02