UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| VS. | : | CRIM. NO. 3:03CR33(EBB)<br>USCA NO. 05-5652-CR |
| RENALDO ROSE | : | NOVEMBER 14, 2005 |

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME |
|---|---|---|
| 4/8/2003 | 49 | Superseding Indictment |
| 5/3/2004 | 89 | Sentencing memorandum Renaldo Rose |
| 5/3/2004 | 90 | Sentencing memorandum- USA |
| 5/17/2004 | 91 | Transcript of sentencing 5/17/2004 |
| 5/25/2004 | 94 | Judgment |
| 6/21/2005 | 107 | Order re: proceedings on remand |
| 7/12/2005 | 108 | Memo- USA |
| 7/14/2005 | 109 | Re-sentencing memo- Renaldo Rose |
| 10/6/2005 | 110 | Ruling on re-sentencing |
| 10/14/2005 | 111 | Notice of Appeal |

Respectfully submitted,


By_____
William T. Koch, Jr. Fed Bar #ct04781
151 Brush Hill Road
Lyme, CT 06371
(860) 434-3060/ Fax (860) 434-9483
Attorney for Renaldo Rose


**CERTIFICATION OF SERVICE**

I certify that I hand-delivered a copy of the Index to the record on appeal to the

following on November 14, 2005:

Office of the U.S. Attorney
ATT:  James J. Finnerty, AUSA
915 Lafayette Blvd.
Bridgeport, CT 06604


By_____
William T. Koch, Jr. Fed bar ct#04781
151 Brush Hill Rd.
Lyme, CT 06371
(860) 434-3060/Fax (860) 434-9483
E-mail: wmtkochjr@aol.com