

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of July, two thousand and seven.

Before:   Hon. Pierre N. Leval,
          Hon. José A. Cabranes,
          Hon. Reena Raggi,
                        *Circuit Judges.*

---

UNITED STATES,

      *Appellee,*

      v.                      Docket No. 05-5652-cr

RENALDO M. ROSE,

      *Defendant-Appellant.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

Elizabeth Duwe
Acting Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by: _____
Deputy Clerk

—ISSUED AS MANDATE: AUG 1 0 2007

*(Seal: UNITED STATES COURT OF APPEALS — FILED JUL 20 2007 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT)*